

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-17,719-16

### IN RE DENNIS RAY FREEMAN, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 42,132-B IN THE 124TH DISTRICT COURT
### FROM GREGG COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he sent an application for a writ of habeas corpus via certified mail to Gregg County, that the application was received on November 7, 2022, but that the Gregg County District Clerk is refusing to file the application.

Respondent, the District Clerk of Gregg County, shall state whether Relator's Article 11.07 habeas application was received and filed, and if so, the date upon which the application was filed. If the application has been received but not filed, the District Clerk shall state why the application has not been filed. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(b) and (d); TEX. R. APP. P. 73.4(a). This motion for leave to file will be held. Respondent shall comply with this order within thirty days

from the date of this order.

Filed: December 14, 2022
Do not publish